Ann Jacquot
Jacquot Law PLLC
7671 North 4th Street
Dalton Gardens, ID  83815
208-209-6399
ann@idahoattorney.pro
www.idahoattorney.com
Idaho State Bar No. 7642

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO
### SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LAMBETH, | ) |
| Plaintiff, | ) |
| v. | )   Case No.: 1:13-cv-00084-BLW |
| GC SERVICES, LP | ) |
| Defendant. | ) |

### STATUS REPORT

**COMES NOW** Plaintiff in the above-captioned action and represents to the Court that the parties have fully resolved their differences and anticipate submitting closing documents within the next thirty days.  As a consequence, the parties request that the Court adjourn all set dates at this time, including that for the filing of a responsive pleading.

RESPECTFULLY SUBMITTED,

JACQUOT LAW PLLC

DATED this 15th day of April, 2013.

**/s/ Ann Jacquot**_____
Ann Jacquot (Idaho State Bar No. 7642)
**JACQUOT LAW PLLC**
7671 North 4th Street
Dalton Gardens, ID  83815
Phone No.:  208-209-6399
E-mail Address:  ann@idahoattorney.pro
www.idahoattorney.com
*Attorneys for Plaintiff Daniel Lambeth*