Ann Jacquot
Jacquot Law PLLC
7671 N. 4th Street
Dalton Gardens, ID 83815
208-209-6399
ann@idahoattorney.pro
www.idahoattorney.com
Idaho State Bar No. 7642
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LAMBETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13-cv-00084-BLW |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, DANIEL LAMBETH, through Jacquot Law PLLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

May 13, 2013                    By: /s/ Ann Jacquot_____
                                       Ann Jacquot
                                       Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On May 1, 2013, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Carlos Ortiz, at cortiz@hinshawlaw.com

By:/s/ Ann Jacquot_____
     Ann Jacquot